**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

SEP 0 1 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:21CR00108ACL |
| vs. | ) Case No. | |
| | ) | |
| CAMERON M. PILKINGTON, | ) 21 U.S.C. § 844(a); | |
| | ) C.F.R. § 2.35(b)(2); | |
| | ) C.F.R. § 4.23(a)(1) | |
| Defendant. | ) | |
| | ) | |

**I N F O R M A T I O N**

**Count I**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about December 22, 2020, within the Special Maritime and Territorial

jurisdiction of the United States, in the County of Shannon, State of Missouri, within the

Southeastern Division of the Eastern District of Missouri,

**CAMERON M. PILKINGTON,**

the defendant herein, knowingly possessed a mixture or substance containing psilocyn, a

controlled substance, in violation of Title 21, United States Code, Section 844(a).

**Count II**

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about December 22, 2020, within the Special Maritime and Territorial

jurisdiction of the United States, in the County of Shannon, State of Missouri, within the

Southeastern Division of the Eastern District of Missouri,

**CAMERON M. PILKINGTON,**

the defendant herein, knowingly possessed marijuana, a controlled substance, in violation

of Title 36, Code of Federal Regulations, Section 2.35(b)(2).

### Count III

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about December 22, 2020, within the Special Maritime and Territorial

jurisdiction of the United States, in the County of Shannon, State of Missouri, within the

Southeastern Division of the Eastern District of Missouri,

**CAMERON M. PILKINGTON,**

the defendant herein, did operate a motor vehicle while under the influence of a drug or

drugs to a degree rendering the defendant incapable of safe operation of said vehicle, in

violation of Title 36, Code of Federal Regulations, Section 4.23(a)(1).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

John N. Koester, Jr., #521770MO
Assistant United States Attorney
555 Independence, 3rd Floor
Cape Girardeau, Missouri 63703
Telephone:  (573) 334-3736
Facsimile: (573) 335-2393
E-mail: john.koester@usdoj.gov

UNITED STATES OF AMERICA      )
EASTERN DISTRICT OF MISSOURI  ) ss.
SOUTHEASTERN DIVISION        )

I, John N. Koester, Jr., Assistant United States Attorney for the Southeastern

Division of the Eastern District of Missouri, being duly sworn, do say that the foregoing

Information is true as I verily believe.

John N. Koester, Jr., #521770MO
Assistant United States Attorney

Subscribed and sworn to before me this _____ 1ST _____ day of September _____, 2021.

GREGORY J. LINHARES, CLERK
UNITED STATES DISTRICT COURT

By: _____
        Deputy Clerk